UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JEREMIAH J. LAMBERT,

                Plaintiff,                ORDER

           v.                      Case No. 09-cv-212-bbc

KELLY KUTINA, JASON RAYMER
and KOREEN FRISK,

                Defendants.

---

The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered this 11th day of May, 2010.

                                        /s/

                                        BARBARA B. CRABB
                                        DISTRICT JUDGE